IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30621
Conference Calendar
_____


DANNY WILLIAMS,

                                   Plaintiff-Appellant,

versus

UNITED PARCEL SERVICE, INC.,

                                   Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CV-2216
- - - - - - - - - -
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Danny Williams appeals the district court's grant of summary judgment for defendant United Parcel Service, Inc., as to his state-law claims alleging wrongful termination and defamation. The district court held that Williams' claims were preempted under § 301 of the Labor Management Relations Act.

    Pro se briefs must be liberally construed, see Haines v. Kerner, 404 U.S. 519, 520 (1972), but pro se parties are still required to brief their arguments in order to preserve them.  See Price v. Digital Equipment Corp., 846 F.2d 1026, 1028 (5th Cir.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1988).  Williams' arguments on appeal are conclusory, and the two legal authorities cited by Williams are not relevant to the instant case because they involve federal-law claims rather than state-law claims.  Williams has cited no relevant authority and has not briefed the only appealable issue, i.e., whether the district court properly denied his claims as preempted under § 301 of the Labor Management Relations Act.

Accordingly, we find no error in the district court's disposition of his instant claims.

AFFIRMED.